UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60761-CIV-SINGHAL/VALLE

JENNIFER RIVERA, individually and on
behalf of others similarly situated,

      Plaintiffs,

v.

GLOBAL RESPONSE, LLC,

      Defendant.

_____/

## FINAL JUDGMENT

**PURSUANT** to the Notice of Acceptance of Offers of Judgment (DE [29]) filed by Plaintiffs Jennifer Rivera, Fabiana Garcia, and Veronica Watts, **FINAL JUDGMENT** is entered as follows:

Judgment is entered in favor of Plaintiff Jennifer Rivera and against Defendant Global Response, LLC, in the amount of **$900.00** for which let execution issue. This amount includes all damages sought including liquidated and punitive damages. The Court reserves jurisdiction to award reasonable attorney's fees and costs upon timely application by Plaintiff.

Judgment is entered in favor of Plaintiff Veronica Watts and against Defendant Global Response, LLC, in the amount of **$5,000.00** for which let execution issue. This amount includes all damages sought including liquidated and punitive damages. The Court reserves jurisdiction to award reasonable attorney's fees and costs upon timely application by Plaintiff.

Judgment is entered in favor of Plaintiff Fabiana Garcia and against Defendant Global Response, LLC, in the amount of **$1,700.00** for which let execution issue.  This amount includes all damages sought including liquidated and punitive damages.  The Court reserves jurisdiction to award reasonable attorney's fees and costs upon timely application by Plaintiff.

The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 16th day of June 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF