UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60761-CIV-SINGHAL

JENNIFER RIVERA, *et al.,* individually, and
on behalf of others similarly situated,

    Plaintiff,

v.

GLOBAL RESPONSE LLC, a Florida
limited liability company,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the Joint Stipulation as to the Amount of Attorneys' Fees and Costs (DE [34]) submitted by the parties. The Court enters this separate final judgment pursuant to Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment for Attorneys' Fees and Costs in the amount of $22,500.00 is entered in favor of Plaintiffs Jennifer Rivera, Fabiana Garcia, and Veronica Watts and against Global Response, LLC, for which let execution issue.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of July 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF